**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

URVE MAGGITTI,

                  Petitioner

        v.

THE HONORABLE BRET M. BINDER J.,
JUDGE, CHESTER COUNTY, COURT OF
COMMON PLEAS,

                Respondent

:  No. 121 MM 2022
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

     **AND NOW**, this 15th day of March, 2023, the Application for Leave to File Original Process is GRANTED, and the "Petition for Writ of Mandamus or in the Alternative Petition for Injunction" is DENIED.  The Prothonotary is DIRECTED to strike the name of the jurist from the caption.